IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA COMBS, individually and for others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOYLE LAND SERVICES, INC.,<br><br>Defendant. | Case No. 3:24-CV-1111-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of February 6, 2025 (Doc. 24), granting the Joint Motion to Dismiss with Prejudice (Doc. 22), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED: February 6, 2025

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
     Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge